**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00283-CV

**EMPLOYEE SOLUTIONS MCKINNEY, LLC, ESI/EMPLOYEE SOLUTIONS, L.P., AND ESI GENERAL, LLC, Appellants**

**V.**

**MICHAEL WILKERSON, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04305**

## ORDER

Before the Court is the parties' July 11, 2016 agreed motion to extend time to file appellee's brief. The parties' motion is **GRANTED**. Appellee's brief shall be filed by July 13, 2016.

/s/   CRAIG STODDART
JUSTICE